REUBEN MOORE, FRANKLIN MOORE, GEORGE R. McKINZIE, and JAMES O. GRAVES *versus* BENJAMIN MOORE.

PAPERS IN FILE (1836): (1) Bill of complaint, order for injunction; (2) writ of injunction and return.
*Chancery Case* 232 of 1836.